IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN OF KENTUCKY
LEXINGTON DIVISION

Anthony Sloan
    Plaintiff,

vs.

The United Group, Inc., et al.
    Defendants

Case No. 5:17cv463-DCR

Judge Reeves

Mag. Judge

## Judgment Entry

Pursuant to the terms of a settlement agreement between the parties hereto and this Court's Order of March 2, 2018 [doc. 15] enforcing same, Judgment is hereby entered in favor of the Plaintiff, Anthony Sloan, against Defendants, The United Group, Inc. dba Auto Plaza USA and Auto Plaza USA, joint and severally, in the amount of $12,040 plus interest at whatever is the lawful rate from the date of entry herein.

_____
Steven C. Shane
Trial Attorney for Plaintiff

_____
Robert Gullette
Attorney for Defendants

_____
Danny C. Reeves
U.S. District Judge

- 1 -