UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| ANTHONY SLOAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 17-463-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| THE UNITED GROUP, INC. AND AUTO PLAZA, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties having filed a proposed Judgment [Record No. 16] which is construed as a joint motion for entry of an agreed judgment. Being otherwise sufficiently advised, it is herby

**ORDERED** as follows:

1. The parties' construed motion [Record No. 16] is **GRANTED**.

2. Judgment is entered in favor of Plaintiff Anthony Sloan in the amount of $12,040.00, together with interest at the legal rate commencing this date.

3. This action is **DISMISSED** and **STRICKEN** from the docket. Except as otherwise agreed, the parties shall bear their respective costs, expenses, and attorney's fees.

This 12th day of March, 2018.



Signed By:
*Danny C. Reeves*  DCR
United States District Judge

- 1 -